IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | Docket No. 5:14-cr-60-RLV |
| v. | |
| **EDUARDO TREJO-MUNOZ** | |

## ORDER

Upon consideration of the Motion of the United States of America, by and through the United States Attorney for the Western District of North Carolina, and upon finding good cause for the retention of the drug evidence in U.S. Drug Enforcement Administration (DEA) case number KF-14-0009,

IT IS HEREBY ORDERED that the aforementioned marijuana be retained by the DEA until further Order of the Court.

SO ORDERED this 16th day of April 2015.

Richard L. Voorhees
United States District Judge