# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# STATESVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | Docket No. 5:14-cr-60-RLV |
| v. ) | |
| EDUARDO TREJO-MUNOZ ) | |

## AMENDED ORDER

Upon consideration of the Motion of the United States of America, by and through the United States Attorney for the Western District of North Carolina, and upon finding good cause for the retention of the drug evidence in U.S. Drug Enforcement Administration (DEA) case number KF-14-0009,

IT IS HEREBY ORDERED that the aforementioned methamphetamine be retained by the DEA until further Order of the Court.

Signed: April 16, 2015

Richard L. Voorhees
United States District Judge