IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | Docket No. 5:14-cr-81-RLV |
| ) | |
| v. ) | |
| ) | |
| (1) EDUARDO TREJO-MUNOZ, a/k/a "Lalo" ) | ORDER |
| (2) JOSE LUIS ZAVALA, a/k/a "Pepe" ) | |
| (3) JORGE SANTACRUZ-RUIZ ) | |
| ) | |

UPON MOTION of the United States of America for an order directing that the above-captioned criminal case be unsealed,

IT IS HEREBY ORDERED that the case be unsealed.

The Clerk is directed to send a copy of this Order to the United States Attorney's Office via email to steven.kaufman@usdoj.gov.

SO ORDERED this 5th day of August 2015.

_____
THE HONORABLE DAVID S. CAYER
UNITED STATES MAGISTRATE JUDGE